Cochran Will.

Argued March 20, 1967. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Blair F. Green,* for appellant.

*Robert E. Ashe,* for appellee.

Opinion Per Curiam, May 24, 1967:
Decree affirmed. *Kadilak Will,* 405 Pa. 238, 174 A. 2d 870 (1961). See also *Holtz Will,* 422 Pa. 540, 222 A. 2d 885 (1966).
Costs on appellant.